**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **JEILY TATIANA LORENZO-RODRIGUEZ,** | |
| *Petitioner*, | |
| v. | **Civil No.: 1:26-cv-00853-JRR** |
| **VERNON LIGGINS,[1]** *et al.*, | |
| *Respondents*. | |

## ORDER

Petitioner Jeily Tatiana Lorenzo-Rodriguez initiated this action with a Petition for Writ of Habeas Corpus on March 2, 2026.  (ECF No. 1; the "Petition.")

The All Writs Act permits courts to "issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law."  28 U.S.C. § 1651(a). Further, the Supreme Court recognizes "a limited judicial power to preserve the court's jurisdiction or maintain the status quo by injunction pending review of an agency's action through the prescribed statutory channels." *F.T.C. v. Dean Foods Co.*, 384 U.S. 597, 604 (1966) (citing cases).

In order to preserve existing conditions and the potential jurisdiction of this court over this matter while the court determines the scope of its authority to grant the requested relief; to ensure Petitioner is able to participate in the adjudication of her request for habeas relief, including participation in court proceedings and access to legal counsel for such purpose; to ensure the court is able to evaluate the Petition (including any amendment thereto) based on her in-court testimony

---

[1]  Vernon Liggins was recently named Acting Field Office Director for Immigration and Customs Enforcement's Baltimore Field Office. Pursuant to Federal Rule of Civil Procedure 25(d), Madam Clerk shall substitute Vernon Liggins for Nikita Baker as a Respondent in this action.

and other evidence that may be offered; and to ensure Respondents have a fulsome opportunity to brief and present arguments as they see fit:

For the foregoing reasons and in accordance with the court's authority under the All Writs Act, it is this 3nd day of March 2026:

**ORDERED** that Respondents, including all those acting for them or on their behalf, are enjoined from removing Petitioner from the United States or altering her legal status during the pendency of this action subject to further order of this court; and further it is

**ORDERED** that counsel for Respondents shall ensure a copy of this order is immediately and without delay transmitted to all necessary individuals to ensure strict compliance with this order; and further it is

**ORDERED** that Petitioner or Respondents may move to dissolve this order for good cause; and further it is

**ORDERED** that the order at ECF No. 2 shall be, and is hereby, **VACATED as MOOT**.

/s/
Julie R. Rubin
United States District Judge